1  **DOLL AMIR & ELEY LLP**
   HUNTER R. ELEY (SBN 224321)
2  heley@dollamir.com
   CHELSEA L. DIAZ (SBN 271859)
3  cdiaz@dollamir.com
4  1888 Century Park East, Suite 1850
   Los Angeles, California 90067
5  Tel: 310.557.9100
   Fax: 310.557.9101
6
7  Attorneys for Defendant
   CITIBANK, N.A.
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. RAND,<br><br>  Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>  Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a) AND 28 U.S.C. §1331 (FEDERAL QUESTION)**<br><br>*[Filed concurrently with: (1) Civil Case Cover Sheet; and (2) Certification of Interested Entities or Persons]* |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** defendant Citibank, N.A. ("Defendant") hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b). In support thereof, Defendant asserts:

1. On September 29, 2014, plaintiff David L. Rand ("Plaintiff") filed a claim in the Superior Court of the State of California for the County of Santa Clara, designated as Case Number 114SC057886 (the "Action").

2. Defendant first received a copy of the initial pleading in the Action on October 1, 2014. Specifically, Plaintiff's Claim was personally delivered to Jaimie A. Massey, an Assistant Branch Manager at one of Defendant's branch locations on October 1, 2014. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Defendant in this Action is attached hereto as *Exhibit A*.

3. Plaintiff's sole allegation is that Defendant violated "15 U.S. Code § 1681n, obtaining a credit report without authorization, refusing to remove inquiry from credit history, and damaging my credit." Thus, the basis for liability in this case, as alleged by Plaintiff, falls squarely under the Fair Credit Reporting Act, which is codified at 15 U.S.C. § 1681 *et seq*. ("FCRA"). "Congress enacted the [FCRA] in 1970 'to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy.'" *Gorman v. Wolpoff & Abramson, LLP*, 584 F.3d 1147, 1153 (9th Cir. 2009).

4. The Action is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1331 and § 1441(a), because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the Fair Credit Reporting Act, a law of the United States.

///

Doll Amir & Eley LLP

**REMOVAL JURISDICTION AND VENUE**

5. Removal of this action is timely. Specifically, this Notice of Removal is "filed within thirty [30] days after receipt by the [D]efendant . . . of a copy of [Plaintiff's Claim]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

6. Defendant is the only named defendant in the Action and, therefore, no consent of additional parties is required.

7. Venue lies in the United States District Court for the Northern District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

8. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Defendant will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Santa Clara.

**WHEREFORE** Defendant prays that the above Action now pending against it in the Superior Court of the State of California, County of Santa Clara, be removed therefrom to this Court.

DATED: October 27, 2014          DOLL AMIR & ELEY LLP

By: */s/ Chelsea L. Diaz*
    Hunter R. Eley
    Chelsea L. Diaz
Attorneys for Defendant
CITIBANK. N.A.