UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. RAND<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | Case No. 14-cv-04772-NC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 4, 2015<br>Mediator:  Shirish Gupta |

IT IS HEREBY ORDERED that the request to excuse defendant Citibank, N.A.'s party representative from appearing in person at the May 4, 2015, mediation before Shirish Gupta is GRANTED.  The representative shall participate telephonically for the duration of the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: April 23, 2015

Maria-Elena James
United States Magistrate Judge