JONATHAN D. WOLF, CA STATE BAR NO. 127043
SARA L. POLLOCK, CA STATE BAR NO. 281076
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
jonathan.wolf@berliner.com
sara.pollock@berliner.com

ATTORNEYS FOR PLAINTIFF DAVID L. RAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID L. RAND, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | CASE NO. 5:14-CV-04772-NC <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), and subject to the approval of the Court, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff David L. Rand ("Rand") and Defendant Citibank N.A. ("Citibank") that Case No. 5:14-CV-04772-NC be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully Submitted,

DATED: MAY 11, 2015          BERLINER COHEN LLP

                             BY:  /s/ JONATHAN D. WOLF
                                  JONATHAN D. WOLF
                                  SARA L. POLLOCK
                                  ATTORNEYS FOR PLAINTIFF DAVID L. RAND

DATED: MAY 11, 2015          DOLL AMIR & ELEY LLP

                             BY:  /s/ HUNTER R. ELEY
                                  HUNTER R. ELEY
                                  ATTORNEYS FOR DEFENDANT CITIBANK N.A.

**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case No. 5:14-CV-04772-NC is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**SO ORDERED**.

DATED: May 11, 2015

                             BY:  _____
                                  HONORABLE Judge Nathanael M. Cousins
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

[Stamp: GRANTED — United States District Court, Northern District of California — Judge Nathanael M. Cousins]

**SIGNATURE ATTESTATION**

I, Jonathan D. Wolf, am the ECF user whose identification and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE in compliance with Civil L.R. 6-2 and 7-12. Concurrence to the filing of this document was obtained from Hunter R. Eley, counsel for Citibank N.A., on May 11, 2015. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  MAY 11, 2015                              BERLINER COHEN

                                                  BY:  /S/ JONATHAN D. WOLF
                                                       JONATHAN D. WOLF
                                                       SARA L. POLLOCK
                                                       ATTORNEYS FOR PLAINTIFF DAVID L. RAND

CASE NO.  5:14-CV-04772-NC                           -3-

4852-7113-4755v1
SPOLLOCK\10876002                STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE